IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

STEPHEN GROSS                                                                                          PLAINTIFF

VS.                                                                          CIVIL ACTION NO. 3:13cv990-FKB

RAY JACKSON, et al.                                                                                DEFENDANTS

## ORDER

      Plaintiff filed this action on December 11, 2012, alleging that he was subjected to excessive force while incarcerated at the East Mississippi Correctional Facility (EMCF). Since the filing of the complaint, the only address provided to the Court by Plaintiff has been EMCF. Presently before the Court is Defendants' motion to dismiss for lack of prosecution. In their motion, Defendants state that they have learned that Plaintiff was released from the custody of the Mississippi Department of Corrections on January 2, 2014. Since that date, Plaintiff has made no contact with the Court. He has likewise failed to respond to the motion to dismiss. Accordingly, the Court concludes that Plaintiff has failed to prosecute his case and that dismissal is appropriate. The motion is hereby granted. A separate judgment will be entered.

      SO ORDERED this the 23rd day of October, 2014.

                                                                  /s/ F. Keith Ball
                                                               _____
                                                               UNITED STATES MAGISTRATE JUDGE